UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

Muhammad Shafiq
Defendant(s),

13 CR 523 ( )

ORDER OF REFERRAL

The defendant, Muhammad Shafiq, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Madeline Cox Arleo to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated: 8/7/13

_____
Anne E. Thompson
United States District Judge

CONSENTED TO:

X _____
Defendant (signature)

_____
Attorney for Defendant (signature)